In re MEYER. (Supreme Court, Appellate Division, First Department. November 24, 1911.) In the matter of Leopold A. Meyer. No opinion. Motion denied, with $10 costs. Order filed. See, also, 131 N. Y. Supp. 380.

---

MEYER, Respondent, v. LAWYERS' TITLE INS. & TRUST CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Henry Meyer against the Lawyers' Title Insurance & Trust Company. No opinion. Judgment and order affirmed, with costs.

---

MEYER et al. v. SMITH et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Isaac S. Meyer and others against Alfred H. Smith and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

MIGEL et al. v. HELLER, HIRSH & CO. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Moses Migel and others, as executors, against Heller, Hirsh & Co. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

MILLER, Respondent, v. CLARY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) Action by Josiah T. Miller against Thomas J. Clary and others. No opinion. Judgment and order affirmed, with costs, upon the opinion of Clark, J., delivered at Special Term. 127 N. Y. Supp. 897.

---

MILLIKEN, Appellant, v. CARUSO, Respondent. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Conrad Milliken, as trustee, etc., against Enrico Caruso. I. B. Louis, for appellant. E. E. Wise, for respondent.

PER CURIAM. Orders affirmed, with $10 costs and disbursements.

INGRAHAM, P. J., dissents on the authority of Southworth, as Trustee, etc., v. Morgen, 143 App. Div. 648, 128 N. Y. Supp. 196. Order filed.

---

MILLIKEN v. CARUSO. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Conrad Milliken against Enrico Caruso. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

---

MILNIS, Appellant, v. CORNELL, Respondent. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Mamie Milnis against Robert C. Cornell. M. Hillquit, for appellant. C. L. Barber, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

MOEHS et al., Respondents, v. SHULOF, Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Rudolph Moehs and others against Herman H. Shulof. L. M. Wallstein, for appellant. W. B. Devoe, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

MONNOT et al., Respondents, v. HUSSON, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by John F. Monnot and others, by Louise E. Monnot, their guardian, against Joseph Husson. No opinion. Motion granted, without costs, and motion set down for argument November 13, 1911. See, also, 129 App. Div. 928, 113 N. Y. Supp. 1139; 130 App. Div. 885, 114 N. Y. Supp. 1138.

---

MORAN, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department, October 20, 1911.) Action by Abraham Moran against the Nassau Electric Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

MORAN, Respondent, v. O'ROURKE ENGINEERING & CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Patrick Moran against the O'Rourke Engineering & Construction Company. No opinion. Motions denied, without costs. See, also, 130 N. Y. Supp. 1122.

---

MORRIS, Respondent, v. JOLINE et al., Appellants. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Rosalind Morris against Adrian N. Joline and others. J. Montgomery, for appellants. D. R. Almy, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

MORRIS, Respondent, v. MITTENTHAL BROS. AMUSEMENT CO., Appellant. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Joe Morris against the Mittenthal Bros. Amusement Company. E. Potter, for appellant. M. L. Malevinsky, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

MORRISON et al., Respondents, v. HURTIG & SEAMON, Appellants. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Charles P. Morrison and others against Hurtig & Seamon. G. E. Joseph, for appellants. A. J. Shipman, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 130 App. Div. 880, 114 N. Y. Supp. 1138.

---

MORRISON et al. v. HURTIG & SEAMON. (Supreme Court, Appellate Division, First De-

partment. November 24, 1911.) Action by Charles P. Morrison and others against Hurtig & Seamon. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

---

MORRISSEY et al., Respondents, v. RICHE, Appellant. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by William Morrissey and another against Pasquale A. Riche. S. Wechsler, for appellant. M. W. Unger, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

---

MT. MORRIS BANK v. LAWRENCE et al. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by the Mt. Morris Bank against Julia C. Lawrence, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

---

MUELLER, Respondent, v. AMERICAN ICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 27, 1911.) Action by John Mueller against the American Ice Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

MURDOCK, Appellant, v. LEEMING et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Harvey Murdock against Thomas L. Leeming and the Brooklyn Trust Company, as executors, etc., impleaded with others.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 140 App. Div. 895, 125 N. Y. Supp. 1132.

BURR, J., votes to affirm as to the respondents McCutcheon and Holt, and to reverse as to the other respondents.

CARR, J., not voting.

---

MURRAY, Respondent, v. RICHARDSON, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1911.) Action by George W. Murray against William P. Richardson, as administrator, etc. No opinion. Motion granted, without costs. See, also, 130 N. Y. Supp. 1122.

---

MUTUAL COAL CO. v. H. G. REALTY CO. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by the Mutual Coal Company against H. G. Realty Company. No opinion. Application granted. Order signed. See, also, 130 N. Y. Supp. 169.

---

MYERS, Respondent, v. GRAY et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Florence M. Myers, administratrix, etc., of Philip V. Myers, deceased, against James A.

Gray, Jr., and others. No opinion. Judgment (122 N. Y. Supp. 1079) affirmed, with costs. See, also, 129 N. Y. Supp. 1136.

---

NANNENY, Respondent, v. SNYDER, Appellant. (Supreme Court, Appellate Division, Third Department. November 29, 1911.) Action by Francis Nanneny, an infant, etc., against George H. Snyder. No opinion. Order affirmed, with $10 costs and disbursements.

---

NAPIER, Appellant, v. SPIELMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. November 3, 1911.) Action by Thomas S. Napier against Charles Spielman and others. J. N. Hayes, for appellant. C. E. Rushmore, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 129 N. Y. Supp. 1142.

---

NATHAN, Appellant, v. WOOLVERTON, Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Siegmund Nathan against William H. Woolverton, as president of the New York Transfer Company. No opinion. Order (69 Misc. Rep. 425, 127 N. Y. Supp. 442) unanimously affirmed, with costs, on the opinion of Jaycox, J., at Trial Term.

---

In re N. DAIN'S SONS' CO. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) In the matter of the application of N. Dain's Sons' Company for an order for the examination of John Lowry, Jr.

PER CURIAM. The disposition of this appeal is controlled by the rule stated in Matter of Schlotterer, 105 App. Div. 115, 93 N. Y. Supp. 895, which holds that section 870 et seq. of the Code of Civil Procedure do not authorize the examination of a proposed party to an action not yet begun, except for the sole purpose of perpetuating the testimony of such proposed party. The application under review is made upon the ground that the plaintiff cannot safely frame his complaint without such examination. Order reversed, with $10 costs and disbursements, and motion granted, with costs.

---

NELLIS, Appellant, v. CONNOR, Respondent. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) In the matter of the application of George W. Nellis, Jr., for a writ of mandamus, against John Connor, Clerk of the Board of Supervisors of the County of Columbia. No opinion. Order unanimously affirmed, with costs.

---

NELSON v. BANK FOR SAVINGS et al. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Ellen Nelson against the Bank for Savings and James S. Duffy, as executor, etc.

PER CURIAM. Order reversed, with $10 costs and disbursements, and ordered that plaintiff render, within 10 days after entry of order herein, a verified bill of particulars, answering